Chief District Judge David G. Estudillo
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAPOLEON ANDRES MAGANA,<br><br>  Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>  Respondents. | Case No. 2:25-cv-02100-DGE-GJL<br><br>STIPULATED MOTION AND BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>October 28, 2025 |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Respondents submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the temporary restraining order ("TRO") motion in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 1. This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 7, 2025 |
| Petitioner's Response | November 24, 2025 |

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-2100-DGE-GJL] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Respondents agree to not transfer Petitioner to another facility while the habeas petition is pending.

The parties further request that this Court forgo with a referral to a magistrate judge in order to expedite a final decision on the habeas petition.

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 29th day of October, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | LAW OFFICE OF BRIAN PATRICK CONRY |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ Brian Patrick Conry*<br>BRIAN PATRICK CONRY, WSBA #32392<br>1300 SW 6th Avenue, Ste. 310<br>Portland, Oregon 97201<br>Phone: (503) 274-4430<br>Email: bpconry@gmail.com<br>*Attorney for Petitioner* |

**I certify that this memorandum contains 148 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-2100-DGE-GJL] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| Filing | Deadline |
|---|---|
| Respondents' Return Memorandum | November 7, 2025 |
| Petitioner's Response | November 24, 2025 |

Respondents shall not transfer Petitioner to any other facility until this Court decides the habeas petition.

DATED this 29th day of October, 2025.

David G. Estudillo
United States District Judge

STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-2100-DGE-GJL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800