Chief District Judge David G. Estudillo
Magistrate Judge Grady J. Leupold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAPOLEON ANDRES MAGANA,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | No. 2:25-cv-02100-DGE-GJL<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for: October 31, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. U.S. Immigration and Customs Enforcement has released Petitioner Napoleon Andres Magana from immigration detention.

//

//

//

//

//

//

STIPULATED MOTION TO DISMISS - 1
No. 2:25-cv-02100-DGE-GJL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 31st day of October, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | LAW OFFICE OF BRIAN PATRICK CONRY |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Federal Respondents* | *s/ Brian Patrick Conry*<br>BRIAN PATRICK CONRY, WSB#32392<br>1300 SW 6th Avenue, Ste. 310<br>Portland, Oregon 97201<br>Phone: (503) 274-4430<br>Email:  bpconry@gmail.com<br>*Attorney for Petitioner* |

**I certify that this memorandum contains 47 words, in compliance with the Local Civil Rules.**

## ORDER

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 31st day of October, 2025.


_[signature]_

David G. Estudillo
United States District Judge

STIPULATED MOTION TO DISMISS     - 2
No. 2:25-cv-02100-DGE-GJL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970